IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03152-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DAVID A. THORNTON,

    Plaintiff,

v.

KRAMER, Sgt.,
ADAMIC, Sgt., and
O. CHRISTENSON, CO.,

    Defendants.

ORDER DIRECTING PLAINTIFF TO FILE AMENDED § 1915 MOTION

    Plaintiff, David A. Thornton, was a prisoner in the custody of the Colorado Department of Corrections at the time he initiated this action.  On December 3, 2012, Mr. Thornton filed a notice of change of address with the Court stating that he will be released from the DOC on December 8, 2012 (ECF No. 4).  If Mr. Thornton is no longer a prisoner, he must complete and submit the non-prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Accordingly, it is

    ORDERED that Mr. Thornton, **on or before January 10, 2013**, shall file a non-prisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Thornton shall advise the Court in writing by January 10, 2013 that he remains incarcerated.  It is

    FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that the Clerk shall send a copy of this Order to Plaintiff at the following addresses:

> David A. Thornton
> #92161
> 4335 Malaya Street
> Denver, CO 80249
>
> David A. Thornton
> #92161
> Fremont Correctional Facility
> P.O. Box 999
> Canón City, Colorado 81215

It is FURTHER ORDERED that Plaintiff is reminded of his obligation under D.C.COLO.LCivR 10.1M to file a notice with the Court of a change of address within five (5) days after any change of address.  It is

FURTHER ORDERED that, if the Plaintiff fails to comply with this Order, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 10, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge