IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03152-WJM-MJW

DAVID A. THORNTON,

Plaintiff(s),

v.

SGT. KRAMER,
SGT. ADAMIC, and
CO.O. CHRISTENSON,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Motion to Vacate Proposed Pretrial Order Deadline and Final Pretrial Conference (Docket No. 39) is DENIED.

Date: December 5, 2013