### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 12-cv-03152-WJM-MJW

DAVID A. THORNTON,

    Plaintiff,

v.

SGT. KRAMER,
SGT. ADAMIC, and
CO. O. CHRISTENSON,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Adopting March 11, 2014 Recommendation of Magistrate Judge and Granting Defendants' Motion for Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on April 23, 2014,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 49) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 37) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendants Sgt. Kramer, Sgt. Adamic, and CO. O. Christenson on all claims, and the action and complaint are dismissed.

IT IS FURTHER ORDERED that Defendants are awarded their costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final

Judgment.

Dated at Denver, Colorado this 24th day of April 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk